IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

      Plaintiff,                      No. CIV S-10-1104 KJM P

   vs.

TIM V. VIRGA, et al.,

      Defendants.          <u>ORDER</u>

_____/

       Plaintiff is a state prison inmate proceeding pro se with a civil rights action. Plaintiff has consented to this court's jurisdiction.

       By order filed June 14, 2010, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint and a request to proceed in forma pauperis was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

DATED: July 29, 2010.

                                            U.S. MAGISTRATE JUDGE

2/nugo1104.fta

1